

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Jake Robert McGehee, a/k/a J. Robert McGehee, and James Thomas Stewart, a/k/a Tommy Stewart, a/k/a James Thomas Stewart III, Individually and as Personal Representative of the Estate of Lynn McGehee Stewart and as Trustee of Those Certain Trusts Established under the Steward Revocable Living Trust, u/t/d August 22, 2003, | § § § § § | No. 08-18-00166-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Reeves County, Texas<br><br>(TC# 16-09-21663-CVR) |
| Appellants, | § | |
| v. | § | |
| Endeavor Acquisitions, LLC, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellee's motion for leave to file a sur-reply to Appellants' reply brief. After reviewing the motion for leave and Appellants' response, we grant the motion for leave to file the sur-reply brief. The sur-reply brief received on February 12, 2019 is ordered to be filed. The sur-reply brief does not, however, include a certificate of compliance regarding the word count as required by TEX.R.APP.P. 9.4(i)(3). Appellee is directed to file with the Court a certificate of compliance no later than Monday, February 25, 2019. Appellants may file a sur-reply brief in response to Appellee's sur-reply. Appellants' sur-reply brief shall be limited to 3,500 words and is due to be filed on March 7, 2019. Further, the Court will not consider any additional sur-reply or supplemental briefs from either the Appellants or Appellee.

IT IS SO ORDERED this 20th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.